**Order entered August 27, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00542-CV

### QADREE CAMPBELL, Appellant

### V.

### ANGELA MARIE PECINA A/K/A ANGELA HOWELL AND
### GREGORY OLIVAREZ PECINA, Appellees

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01649-2018**

## ORDER

Before the Court is the August 23, 2019 request of Denise Condran, Official Court Reporter for Collin County Court at Law No. 4, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 25, 2019**.

/s/ ERIN A. NOWELL
   JUSTICE